AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| **Anthony Ayiomamitis** <br> *Plaintiff(s)* <br><br> v. <br><br> **Newport Celebration, LLC** <br> *Defendant(s)* | Civil Action No. 0:25cv60344 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Newport Celebration, LLC
Serve: Registered Agent
Mark Rauer
17433 Hamlin Blvd
Loxahatchee, FL 33470

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joel B. Rothman
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 100
Boca Raton, Florida 33433
561.404.4350
george.colville@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Feb 24, 2025

s/ *C. A. Weech*
Deputy Clerk
U.S. District Courts